AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| SCAN HEALTH PLAN <br><br><br> *Plaintiff(s)* <br> v. <br><br> DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  1:26-cv-2391 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Civil Process Clerk
U.S. Attorney's Office for DC
601 D Street, NW
Washington, DC 20530


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andrew D. Prins
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*ANGELA D. CAESAR, CLERK OF COURT*

Date:  7/8/2026                                 /s/ Grace Kern

*Signature of Clerk or Deputy Clerk*

*UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

---

*Scan Health Plan*

*Plaintiff*

*vs.*                                    Case No: 1:26-cv-02391-CRC

*Department of Health and Human Services, et al.*

*Defendants*

---

### DECLARATION OF SERVICE

*I, Ambiko Wallace, a Private Process Server, depose and say:*

*That I have been duly authorized to make service of the Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Certificate Rule LCvR 7.1; Civil Cover Sheet; Complaint for Declaratory and Injunctive Relief with Exhibits; Appearance of Counsel for Nicholas L. Schlossman; Appearance of Counsel for Rachael L. Westmoreland; Appearance of Counsel for Halle H. Edwards; and Appearance of Counsel for Dorothy M. Canevari; in the above entitled case.*

*That I am over the age of eighteen years and not a party to or otherwise interested in this action.*

*That on 07/08/2026 at 01:59 PM, I served Civil Process Clerk, U.S. Attorney's Office for D.C. at 601 D Street, NW, Washington, DC 20530 with the Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Certificate Rule LCvR 7.1; Civil Cover Sheet; Complaint for Declaratory and Injunctive Relief with Exhibits; Appearance of Counsel for Nicholas L. Schlossman; Appearance of Counsel for Rachael L. Westmoreland; Appearance of Counsel for Halle H. Edwards; and Appearance of Counsel for Dorothy M. Canevari; by serving Toyin Abejide , Paralegal Specialist, authorized to accept service.*

*Toyin Abejide is described herein as:*

*Gender: Male    Ethnicity: African American        Age: 40    Weight: 235        Height: 5'10"        Hair: Bald*

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on 07/09/2026*

---

*Ambiko Wallace*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number: 052551-0016*
*Job #:16314276*