**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SCAN HEALTH PLAN,<br><br>    *Plaintiff*,<br><br>    v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>    *Defendants*. | Civil Action No. 1:26-cv-02391-CRC |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Expedited Status Conference, it is hereby ORDERED that this motion is GRANTED and further ORDERED that a status conference shall be set for Wednesday, July 29, 2026.

    IT IS SO ORDERED.

Dated: _____

                                  CHRISTOPHER R. COOPER
                                  UNITED STATES DISTRICT JUDGE