Civil Action No. 1:26-cv-2391

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* CENTERS FOR MEDICARE & MEDICAID SERVICES
was received by me on *(date)* 07/08/2026 .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

☑ Other *(specify)*: Complaint and summons were mailed via U.S. Postal Servce Certified Mail (No. 7022 2410 0003 3641 3770) and delivered on 07/16/2026. A copy of the tracking information and domestic return receipt are attached hereto.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/18/2026

[signature]
*Server's signature*

Matthew J. Baier, Litigation Services Senior Analyst
*Printed name and title*

LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
*Server's address*

Additional information regarding attempted service, etc:

ALERT: SEVERE WEATHER IN THE UPPER MIDWEST AND OHIO VALLEY, AND WILDFIRES IN T...

# USPS Tracking®

FAQs >

Remove ✕

Feedback

**Tracking Number:**

**70222410000336413770**

Copy   Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 10:49 am on July 16, 2026 in WINDSOR MILL, MD 21244.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Left with Individual**

WINDSOR MILL, MD 21244
July 16, 2026 10:49 AM

**Arrived at USPS Facility**

BALTIMORE MD DISTRIBUTION CENTER
July 10, 2026 4:39 PM

**Arrived at USPS Facility**

GAITHERSBURG MD DISTRIBUTION CENTER
July 9, 2026 7:54 PM

**Hide Tracking History**

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CENTERS FOR MEDICARE & MEDICAID SERVICES
7500 Security Boulevard
Baltimore, MD 21244

9590 9402 8054 2349 1611 19

2. Article Number *(Transfer from service label)*

PS Form 3811, July 2020 PSN 7530-02-000-9053

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING #

BALTIMORE MD 212
30 JUL 2026 PM 3 L

9590 9402 8054 2349 1611 19

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

matthew Baier
555 Eleventh St. NW
washington, DC 20004

Civil Action No. 1:26-cv-2391

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* DEPARTMENT OF HEALTH AND HUMAN SERVICES was received by me on *(date)* 07/08/2026 .

❒ I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

☑ Other *(specify)*: Complaint and summons were mailed via U.S. Postal Servce Certified Mail (No. 7022 2410 0003 3641 3756) and delivered on 07/17/2026. A copy of the tracking information and domestic return receipt are attached hereto.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/18/2026

[signature]
*Server's signature*

Matthew J. Baier, Litigation Services Senior Analyst
*Printed name and title*

LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
*Server's address*

Additional information regarding attempted service, etc:

ALERT: SEVERE WEATHER IN THE UPPER MIDWEST AND OHIO VALLEY, AND WILDFIRES IN T...

# USPS Tracking®

FAQs >

Remove ✕

Feedback

**Tracking Number:**

## 70222410000336413756

Copy    Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 9:08 am on July 17, 2026 in WASHINGTON, DC 20201.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20201
July 17, 2026 9:08 AM

**Arrived at Post Office**

WASHINGTON, DC 20018
July 17, 2026 6:07 AM

**Arrived at USPS Facility**

PHILADELPHIA PA DISTRIBUTION CENTER
July 11, 2026 4:15 PM

**Arrived at USPS Facility**

GAITHERSBURG MD DISTRIBUTION CENTER
July 9, 2026 7:51 PM

**Hide Tracking History**

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DEPARTMENT OF HEALTH AND HUMAN SERVICES
200 Independence Avenue, S.W.
Washington, DC 20201

9590 9402 8054 2349 1611 64

2. Article Number *(Transfer from service label)*

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by *(Printed Name)* T Mullins

C. Date of Delivery 7/17/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

JUL 1 7 2026
BY:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

9590 9402 8054 2349 1611 64

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Matthew Baier
555 Eleventh St. NW
Washington, DC 20004

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-2391

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* MEHMET OZ, Administrator
was received by me on *(date)* 07/08/2026 .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

☑ Other *(specify)*: Complaint and summons were mailed via U.S. Postal Servce Certified Mail (No. 7022 2410 0003 3523 6295) and delivered on 07/16/2026. A copy of the tracking information and domestic return receipt are attached hereto.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/18/2026

*Server's signature*

Matthew J. Baier, Litigation Services Senior Analyst
*Printed name and title*

LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
*Server's address*

Additional information regarding attempted service, etc:

ALERT: SEVERE WEATHER IN THE UPPER MIDWEST AND OHIO VALLEY, AND WILDFIRES IN T...

# USPS Tracking®

FAQs >

Remove ✕

Feedback

**Tracking Number:**

## 70222410000335236295

Copy    Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 10:49 am on July 16, 2026 in WINDSOR MILL, MD 21244.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Left with Individual**

WINDSOR MILL, MD 21244
July 16, 2026 10:49 AM

**Arrived at USPS Facility**

BALTIMORE MD DISTRIBUTION CENTER
July 10, 2026 4:45 PM

**Arrived at USPS Facility**

GAITHERSBURG MD DISTRIBUTION CENTER
July 9, 2026 7:51 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**SENDER:** ***COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MEHMET OZ
Centers for Medicare & Medicaid Services
7500 Security Boulevard
Baltimore, MD 21244

9590 9402 8054 2349 1611 88

2. Article Number *(Transfer from service label)*

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

16 JUL 2026 PM 2 L

9590 9402 8054 2349 1611 88

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

555 Eleventh St. NW
Washington, DC 20004
matthew Baier

-130099

Civil Action No. 1:26-cv-2391

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ROBERT F. KENNEDY, JR., Secretary

was received by me on *(date)* 07/08/2026 .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

☑ Other *(specify)*: Complaint and summons were mailed via U.S. Postal Servce Certified Mail (No. 7022 2410 0003 3641 3763) and delivered on 07/17/2026. A copy of the tracking information and domestic return receipt are attached hereto.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/18/2026

*Server's signature*

Matthew J. Baier, Litigation Services Senior Analyst

*Printed name and title*

LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

*Server's address*

Additional information regarding attempted service, etc:

ALERT: SEVERE WEATHER IN THE UPPER MIDWEST AND OHIO VALLEY, AND WILDFIRES IN T...

# USPS Tracking®

FAQs >

Remove ✕

Feedback

**Tracking Number:**

## 70222410000336413763

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 9:08 am on July 17, 2026 in WASHINGTON, DC 20201.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20201
July 17, 2026 9:08 AM

**Arrived at Post Office**

WASHINGTON, DC 20018
July 17, 2026 6:07 AM

**Arrived at USPS Facility**

PHILADELPHIA PA DISTRIBUTION CENTER
July 11, 2026 4:15 PM

**Arrived at USPS Facility**

GAITHERSBURG MD DISTRIBUTION CENTER
July 9, 2026 7:51 PM

**Hide Tracking History**

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ROBERT F. KENNEDY, JR.
Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, DC 20201

9590 9402 8054 2349 1611 57

2. Article Number *(Transfer from service label)*

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X Mullins ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* T Mullins

C. Date of Delivery 7/17/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

9590 9402 8054 2349 1611 57

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

RECEIVED
JUL 2 2 2026

• Sender: Please print your name, address, and ZIP+4® in this box•

Matthew Baier
555 Eleventh St. NW
Washington, DC 20004

Civil Action No. 1:26-cv-2391

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Attorney General of the United States was received by me on *(date)* 07/08/2026 .

❒ I personally served the summons on the individual at *(place)* ____ on *(date)* ____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____ , a person of suitable age and discretion who resides there, on *(date)* ____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____ , who is designated by law to accept service of process on behalf of *(name of organization)* ____ on *(date)* ____ ; or

❒ I returned the summons unexecuted because ____ ; or

☑ Other *(specify)*: Complaint and summons were mailed via U.S. Postal Servce Certified Mail (No. 7022 2410 0003 3523 6301) and delivered on 07/20/2026. A copy of the tracking information and domestic return receipt are attached hereto.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/18/2026

[signature]
*Server's signature*

Matthew J. Baier, Litigation Services Senior Analyst
*Printed name and title*

LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
*Server's address*

Additional information regarding attempted service, etc:

ALERT: SEVERE WEATHER IN THE UPPER MIDWEST AND OHIO VALLEY, AND WILDFIRES IN T...

# USPS Tracking®

FAQs >

Remove ✕

Feedback

**Tracking Number:**

## 70222410000335236301

Copy    Add to Informed Delivery

### Latest Update

Your item was picked up at the post office at 4:33 am on July 20, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
July 20, 2026 4:33 AM

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
July 17, 2026 9:31 AM

**Arrived at Post Office**
WASHINGTON, DC 20018
July 17, 2026 7:16 AM

**Arrived at USPS Facility**
PHILADELPHIA PA DISTRIBUTION CENTER
July 11, 2026 4:15 PM

**Arrived at USPS Facility**
GAITHERSBURG MD DISTRIBUTION CENTER

July 9, 2026 7:51 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

9590 9402 8054 2349 1611 71

2. Article Number *(Transfer from service label)*

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X Evie dassal ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* C. Date of Delivery

JUL 2 0 2026

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

INSPECTED

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

9590 9402 8054 2349 1611 71

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Matthew Baier
555 Eleventh St. NW
Washington, DC 20004