UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCAN HEALTH PLAN,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Civil Action No. 26-2391 (CRC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's Motion for Summary Judgment, Defendants' Cross-Motion for Summary Judgment, the oppositions thereto, and the entire record herein, it is hereby

ORDERED that Plaintiff's Motion for Summary Judgment is DENIED. It is further

ORDERED that Defendants' Cross-Motion for Summary Judgment is GRANTED. It is further

ORDERED that summary judgment is entered in Defendants' favor as to all claims in the Complaint. It is further

ORDERED that this matter is dismissed.

SO ORDERED:

____________________
Date

____________________________________
CHRISTOPHER R. COOPER
United States District Judge