**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SCAN HEALTH PLAN,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>*Defendants*. | Civil Action No. 1:26-cv-02391-CRC |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's Motion for Expedited Summary Judgment, Defendants' Cross-Motion for Expedited Summary Judgment, and the parties' submissions on these motions, it is **HEREBY ORDERED** that:

1. Plaintiff's Motion for Expedited Summary Judgment is **GRANTED**;
2. Defendants' Cross-Motion For Expedited Summary Judgment is **DENIED;**
3. CMS's calculation of SCAN Health Plan's 4-star 2026 Star Ratings for contract numbers H5425 and H0976 is **SET ASIDE** and **VACTED**;
4. Defendants are **ORDERED** to recalculate SCAN Health Plan's 2026 Star Ratings for contract numbers H5425 and H0976 as at least 4.5 stars consistent with the Court's Memorandum Opinion On Plaintiff's Motion For Expedited Summary Judgment; and
5. Defendants are **ORDERED** to take the predicate operational steps necessary to afford rebate relief, including facilitating the re-submission of any bid documents CMS deems operationally necessary to do so.

This matter is **REMANDED** to CMS for further proceedings consistent with the Court's opinion.

**IT IS SO ORDERED.**

SO ORDERED this ___ day of ____________, 2026.

________________________________
HONORABLE CHRISTOPHER R. COOPER
United States District Judge