**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SCAN HEALTH PLAN,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>*Defendants*. | Civil Action No. 1:26-cv-02391-CRC |

**<u>JOINT NOTICE REGARDING CONSOLIDATION</u>**

Per the Court's October 22, 2026 Minute Order, the parties have met and conferred regarding the potential consolidation of *SCAN Health Plan v. Department of Health and Human Services*, 26-cv-2391, *Alignment Healthcare, Inc. v. Department of Health and Human Services*, 26-cv-2441, and *Alignment Healthcare, Inc. v. Department of Health and Human Services*, 26-cv-3550, and propose as follows:

1. Following the Court's October 22, 2026 Minute Order, SCAN Health Plan filed a new action challenging its 2027 Star Rating on October 26, 2026, *SCAN Health Plan v. Department of Health and Human Services*, No. 26-cv-03737.

2. Accordingly, there are now four related cases pending before this Court, raising identical arguments challenging two years of Star Ratings: *SCAN I* and *Alignment I* (concerning the 2026 Star Ratings) and *SCAN II* and *Alignment II* (concerning the 2027 Star Ratings).

3. Given the overlapping legal issues, the parties propose consolidating the four cases into two proceedings based on Star Ratings year. Specifically, the parties propose consolidating *SCAN Health Plan v. Department of Health and Human Services*, 26-cv-2391 with *Alignment*

*Healthcare, Inc. v. Department of Health and Human Services*, 26-cv-2441, and *Alignment Healthcare, Inc. v. Department of Health and Human Services*, 26-cv-3550 with *SCAN Health Plan v. Department of Health and Human Services*, No. 26-cv-03737.

4. Plaintiff also is not opposed if the Court concludes that it would be more efficient to consolidate the four related cases into a single proceeding. Defendants oppose consolidation of all four cases into one matter in light of potential differences in how and when CMS would effectuate relief for the 2026 Star Ratings quality bonus payment (QBP) period as compared with the 2027 Star Ratings QBP period.

5. As contemplated by the Court's October 22, 2026 Minute Order, the parties further propose facilitating the streamlined resolution of these cases by incorporating the existing summary judgment briefing in the 2026 cases into the 2027 cases, *SCAN II* and *Alignment II*.

6. Specifically, the Parties propose to file very short summary judgment motions on the schedule below in *SCAN II* and *Alignment II*, incorporating by reference their prior briefing from *SCAN I* and *Alignment I*. Plaintiffs have not identified any new or distinct issues from *SCAN I* or *Alignment I*, and intend to rest on its existing arguments there. To the extent CMS identifies any new issues specific to plan year 2027, *e.g.*, any standing-related calculations for specific plans for plan year 2027, Plaintiffs can promptly respond to those issues promptly once identified by CMS.

7. The parties propose the following briefing schedule for the 2027 matters:

- November 2, 2026: Motions for summary judgment by Plaintiffs;
- November 23, 2026: Combined cross-motions for summary judgment and oppositions by Defendants;

- December 1, 2026: Combined cross-motion oppositions and replies by Plaintiffs;
- December 10, 2026: Replies by Defendants and production of the administrative record; and
- December 11, 2026: Joint appendices pursuant to Local Civil Rule 7(n)(2).

8. The foregoing schedule would permit the Court to hear any argument it deems appropriate in these matters and decide all four matters on a common schedule in early- or mid-December, prior to the commencement of the 2027 plan year on January 1, 2027, which marks the beginning of payments dependent upon *SCAN I* and *Alignment I*.

Dated: October 29, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ William Thanhauser*
WILLIAM THANHAUSER
D.C. Bar #1737034
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7706
William.Thanhauser@usdoj.gov

*Attorneys for Defendants*

*/s/ Andrew D. Prins*
Andrew D. Prins (D.C. Bar No. 998490)
Rachael L. Westmoreland (D.C. Bar No. 90034032)
Dorothy M. Canevari (D.C. Bar No. 90043751)
Halle H. Edwards (D.C. Bar No. 1780113)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: andrew.prins@lw.com
rachael.westmoreland@lw.com
dolly.canevari@lw.com
halle.edwards@lw.com

Nicholas L. Schlossman (D.C. Bar No. 1029362)
LATHAM & WATKINS LLP
300 Colorado Street, Suite 2400
Austin, TX 78701
Tel: (737) 910-7300
Fax: (737) 910-7301
Email: nicholas.schlossman@lw.com

*Attorneys for Plaintiffs*